UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL R. CAMPOS, | ) |
| Plaintiff, | ) |
| v. | ) No. 10 C 1926 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | ) Judge Castillo |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO ENTER**
**JUDGMENT AFFIRMING THE COMMISSIONER'S FINAL DECISION**

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, moves for unopposed entry of judgment in her favor, and in support states as follows:

1. On August 5, 2010, the court filed an order granting defendant's unopposed motion to remand and ordering remand for administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. #17.)

2. Because a remand under sentence six does not terminate the civil action and is not accompanied by judgment entry, the original civil action continues. "Immediate entry of judgment (as opposed to entry of judgment after postremand agency proceedings have been completed and their results filed with the court) is in fact the principal feature that distinguishes a sentence-four remand from a sentence-six remand." *Shalala v. Schaefer*, 509 U.S. 292, 297 (1993).

---

[1] On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. Ms. Colvin is automatically substituted as Defendant in this suit, Fed. R. Civ. P. 25, and no further action is necessary to continue this suit. 42 U.S.C. §405(g).

3. Sentence six of 42 U.S.C. § 405(g) requires the Commissioner, upon completion of the proceedings on remand, and if the administrative decision on remand is not fully favorable, to file the record of administrative proceedings with the court.

4. On June 20, 2011, an administrative law judge issued a partially favorable decision, the proceedings on remand are complete, the administrative decision on remand is not fully favorable, and the Commissioner has filed the record of those proceedings.

5. On December 15, 2014, the Commissioner received an email from plaintiff's attorney, Ellen Hanson, stating that plaintiff will not be challenging the Commissioner's new decision, all issues being resolved. Where plaintiff does not challenge the Commissioner's new decision, judgment should be entered for the Commissioner. *Schaefer*, 509 U.S. at 297.

WHEREFORE, defendant requests that the court enter judgment for the Commissioner.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Prashant Kolluri
PRASHANT KOLLURI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9085
prashant.kolluri@usdoj.gov

Of Counsel:

KATHRYN CALDWELL
Acting Regional Chief Counsel
Social Security Administration

CHARLES R. GOLDSTEIN
Special Assistant United States Attorney
Office of the Regional Chief Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606